Marc V. Kalagian
Attorney at Law: 4460
Law Offices of Lawrence D. Rohlfing, Inc., CPC
12631 East Imperial Highway Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562) 868-5886
Fax: (562) 868-5491
E-mail: rohlfing.office@rohlfinglaw.com

Leonard Stone
Attorney at Law: 5791
Shook and Stone, Chtd.
710 South 4th Street
Las Vegas, NV 89101
Tel.: (702) 385-2220
Fax: (702) 384-0394
E-mail: MRobles@shookandstone.com

Attorneys for Plaintiff Christina Geneva Shumpert

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTINA GENEVA SHUMPERT, | Case No.: 2:25-cv-01453-MDC |
| Plaintiff, | STIPULATION TO EXTEND TIME OF TIME TO FILE PLAINTIFF'S BRIEF AND [PROPOSED] ORDER |
| vs. | (FIRST REQUEST) |
| FRANK BISIGNANO, Commissioner of Social Security, | |
| Defendant. | |

Plaintiff Christina Geneva Shumpert and Frank Bisignano, Commissioner of Social Security, through their undersigned attorneys, stipulate, subject to this Court's approval, to extend the time from October 30, 2025 to November 25, 2025, for Plaintiff to file her brief with all other deadlines as per the Supplemental Rules

for Social Security Actions under 42 U.S.C. § 405(g) of the Federal Rules of Civil Procedure extended accordingly. This is Plaintiff's first request for an extension. This request is made at the request of Plaintiff's counsel to allow additional time to fully research the issues presented.

DATE: October 27, 2025       Respectfully submitted,

                                LAW OFFICES OF LAWRENCE D. ROHLFING, INC., CPC

                          /s/ *Marc V. Kalagian*
          BY: _____
                Marc V. Kalagian
                Attorney for plaintiff Christina Geneva Shumpert

DATE: October 27, 2025       SIGAL CHATTAH
                                United States Attorney

                          /s/ *Angela Thornton-Millard*
          BY: _____

                Angela Thornton-Millard
                Special Assistant United States Attorney
                |*authorized by e-mail|

**ORDER**

DATE:  10/29/25

IT IS SO ORDERED:       _____
                                HON. MAXIMILIANO D. COUVILLIER III
                                UNITED STATES MAGISTRATE JUDGE

**CERTIFICATE OF SERVICE
FOR CASE NUMBER 2:25-CV-01453-MDC**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for this court by using the CM/ECF system on October 28, 2025.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/ Marc V. Kalagian*
_____

Marc V. Kalagian
Attorneys for Plaintiff
_____